AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Scott B. MacKenzie<br>*Defendant* | )<br>)<br>)   Case No.   1:19-cr-309<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States

Date: 10/16/2019

s/ John P. Taddei
*Attorney's signature*

John P. Taddei; NY Bar 5138466
*Printed name and bar number*

U.S. Department of Justice
Criminal Division, Public Integrity Section
1331 F Street NW, Suite 300
Washington, DC 20004
*Address*

john.taddei@usdoj.gov
*E-mail address*

(202) 514-3885
*Telephone number*

(202) 514-3003
*FAX number*