# Criminal Case Cover Sheet

**FILED:** UNDER SEAL (E-GOVT ACT)

**U.S. District Court**

**Place of Offense:**
- City: Arlington
- County: Arlington

☐ Under Seal
Superseding Indictment:
Same Defendant:
Magistrate Judge Case No.:
Search Warrant Case No.:
Related Cases: 1:19-CR-270

Judge Assigned: O'Grady
Criminal No.: 1:19-CR-309
New Defendant: X
Arraignment Date:
R. 20/R. 40 From:

**Defendant Information:**
- Defendant Name: Scott Buchanan MACKENZIE
- Alias(es):
- ☐ Juvenile  FBI No.:
- Address: Arlington, VA
- Employment:
- Birth Date: XX/XX/1953
- SSN: XXX-XX-7676
- Sex: Male
- Race: Caucasian
- Nationality: U.S.
- Place of Birth: U.S.
- Height:  Weight:  Hair:  Eyes:  Scars/Tattoos:
- ☐ Interpreter  Language/Dialect:
- Auto Description:

**Location/Status:**
- Arrest Date:
- ☐ Already in Federal Custody as of:  in:
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☒ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☒ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

**Defense Counsel Information:**
- Name: Andrea L. Mosley
- ☐ Court Appointed
- Counsel Conflicts:
- Address: 1101 King St., Suite 610, Alexandria, VA 22314-2956
- ☒ Retained
- Phone: (703) 548-3181
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**
- AUSA(s): Kimberly Riley Pedersen, AUSA
- Phone: 703-299-3700
- Bar No.:

**Complainant Agency - Address & Phone No. or Person & Title:**
Special Agent Christian T. Roccia, FBI

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 1001 | Wire Fraud | 1 | Felony |
| Set 2: | | | | |

Date: October 11, 2019
AUSA Signature: Kimberly R. Pedersen

*may be continued on reverse*