

Deposited With:

Wells Fargo Bank, N.A.
1711 Fern Street
Alexandria, VA  22302

#1329

To the Account of:

Conservative StrikeForce PAC
Attn:  Scott B. Mackenzie, Treasurer
2776 S. Arlington Mill Drive #806
Arlington, VA  22206

⑈051400549⑈





21 OCT 2013 PM 2 L



Dennis Whitfield, Chairman
Conservative StrikeForce
2776 South Arlington Mill Drive # 806
Arlington, VA 22206

2220634027G



Me_____
PO _____
Willows, _____



SACRAMENTO CA 957

19 OCT 2013 PM 4 L

$5.⁰⁰

1329 - 02

**Conservative StrikeForce**
2776 South Arlington Mill Drive # 806
Arlington, VA 22206

**Stop Hillary!**

2220634027Б

||I||·ₚₐ·|·I||ₚₚ·||ₚ·I||·ₐₗₗₚₐ||I||₁·|·||ᵢₗₐ||II||ₚₚ|I||ₐₚ|



Mrs N
PO Bo
Lake H



ne Nation
nder God

LAS VEGAS NV 890

18 OCT 2013 PM 2 L



FOREVER



$5.⁰⁰

1329-03

**Conservative StrikeForce**
**Attn: Ambassador John Bolton**
2776 South Arlington Mill Drive # 806
Arlington, VA 22206

**Let's elect a conservative Senate!**

22206340276





RICHMOND VA 230

23 OCT 2013 PM 6 L



$20.⁰⁰

1329-04

Dennis Whitfield, Chairman
Conservative StrikeForce
2776 South Arlington Mill Drive # 806
Arlington, VA 22206

2220634027б





MIAMI FL 331

21 OCT 2013 PM 2 L



Justice
FOREVER

2013

Mr.
1011
Pom



# 20.<sup>00</sup>

1329 - 05

**Conservative StrikeForce**
**Attn: Ambassador John Bolton**
2776 South Arlington Mill Drive # 806
Arlington, VA 22206

Let's elect a conservative Senate!

2220640276

|||||||·|·||·|·||||····||··||·||·||·||·||··||·||··||·||·||||·||·|·||

Mrs ▮▮▮▮▮▮▮
825 ▮▮▮▮▮▮▮ 201
Lan ▮▮▮▮▮▮▮

KNOXVILLE TN 377

11 OCT 2013 PM 3 L





$5.00

1329-06

**Conservative StrikeForce**
**Attn: Ambassador John Bolton**
2776 South Arlington Mill Drive # 806
Arlington, VA 22206

Let's elect a conservative Senate!

22206340276





1329-07

**Conservative StrikeForce**
**Attn: Ambassador John Bolton**
2776 South Arlington Mill Drive # 806
Arlington, VA 22206

Let's elect a conservative Senate!

2220634D276







1329 - 08

**Conservative StrikeForce**
2776 South Arlington Mill Drive # 806
Arlington, VA 22206

Stop Hillary!









1329-09

**Conservative StrikeForce**
2776 South Arlington Mill Drive # 806
Arlington, VA 22206

**Stop Hillary!**

2220634O276





SN BERNARDINO CA 923

08 OCT 2013 PM 7 L



1329-10

**Conservative StrikeForce**
2776 South Arlington Mill Drive # 806
Arlington, VA 22206

**Stop Hillary!**

2220634O276



SANTA ANA, CA 905

10 OCT 2013 PM 5 L



$1329-11$



**Conservative StrikeForce**
2776 South Arlington Mill Drive # 806
Arlington, VA 22206

**Stop Hillary!**

22206340276

INDIANAPOLIS IN 460

18 OCT 2013 PM 8 L





46
U.S.A.



1329-12

**Conservative StrikeForce**
**Attn: Ambassador John Bolton**
2776 South Arlington Mill Drive # 806
Arlington, VA 22206

Let's elect a conservative Senate!

22206+3402





JACKSONVILLE FL 320

18 OCT 2013 PM 1 L



USA
Justice
FOREVER

$20.⁰⁰

1329-13

**Conservative StrikeForce**
**Attn: Ambassador John Bolton**
2776 South Arlington Mill Drive # 806
Arlington, VA 22206



Let's elect a conservative Senate!

2220 6340 276



COLUMBIA SC 290

18 OCT 2013 PM 2 L



USA
Freedom
FOREVER

$1329-14$



$40.⁰⁰

**Conservative StrikeForce**
**Attn: Ambassador John Bolton**
2776 South Arlington Mill Drive # 806
Arlington, VA 22206

*Let's elect a conservative Senate!*          22206340276



 

ATLANTA METRO 300

18 OCT 2013 PM 2 L

USA
Liberty
FOREVER



1329-15

**Conservative StrikeForce**
**Attn: Ambassador John Bolton**
2776 South Arlington Mill Drive # 806
Arlington, VA 22206

Let's elect a conservative Senate!

22206340276



15 OCT 2013 PM 1 T



$1329-16$

**Conservative StrikeForce**
2776 South Arlington Mill Drive # 806
Arlington, VA 22206

**Stop Hillary!**

2220683402



PORTLAND OR 970

15 OCT 2013 PM 3 L



1329-17

**Conservative StrikeForce**
2776 South Arlington Mill Drive # 806
Arlington, VA 22206

**Stop Hillary!**

2220634O276





$1329 - 18$

**Conservative StrikeForce**
2776 South Arlington Mill Drive # 806
Arlington, VA 22206

Stop Hillary!

2220634O276



Ennis, TX 75119



NORTH TEXAS TX P&DC
DALLAS TX 750
15 OCT 2013 PM 2 L



1329-19

**Conservative StrikeForce**
**Attn: Ambassador John Bolton**
2776 South Arlington Mill Drive # 806
Arlington, VA 22206



**Let's elect a conservative Senate!**

2220634O276

Merv

309

Bow



BISMARCK ND 585

15 OCT 2013 PM 1 T

ENERGY

USA

FOREVER



1329-20

**Conservative StrikeForce**
**Attn: Ambassador John Bolton**
2776 South Arlington Mill Drive # 806
Arlington, VA 22206

Let's elect a conservative Senate!

2220683402



EUGENE OR 974

15 OCT 2013 PM



$ 10.00

1329-21

**Conservative StrikeForce**
**Attn: Ambassador John Bolton**
2776 South Arlington Mill Drive # 806
Arlington, VA 22206

Let's elect a conservative Senate!

2220683402

THOMASVILLE,
GA,

TALLAHASSEE FL 323

OCT 2013 PM



USA
Equality
FOREVER



$ 10.00

1329-22

**Conservative StrikeForce**
**Attn: Ambassador John Bolton**
2776 South Arlington Mill Drive # 806
Arlington, VA 22206

Let's elect a conservative Senate!

222063402



BOSTON MA 021

15 OCT 2013 PM 6 L

46
USA



# $20.00

$1329-23$



**Conservative StrikeForce**
**Attn: Ambassador John Bolton**
2776 South Arlington Mill Drive # 806
Arlington, VA 22206

Let's elect a conservative Senate!          2220640276



Elga
12
Cha

CHATTANOOGA TN 373

15 OCT 2013 PM 1 T





$13 29 - 24$

**Conservative StrikeForce**
**Attn: Ambassador John Bolton**
2776 South Arlington Mill Drive # 806
Arlington, VA 22206

Let's elect a conservative Senate!

22206+3402



Mr

Bell

CEDAR RAPIDS IA 524

14 OCT 2013 PM 2 T





# $100.00

% of John Bolton

1329 - 25

**Conservative StrikeForce**
**Attn: Ambassador John Bolton**
2776 South Arlington Mill Drive # 806
Arlington, VA 22206

Let's elect a conservative Senate!
22206+3402



20 OCT 2013 PM 6 L



$30.00

$\text{MULTI } \$15$

$1329-26$

**Conservative StrikeForce**
**Attn: Ambassador John Bolton**
2776 South Arlington Mill Drive # 806
Arlington, VA 22206

Let's elect a conservative Senate!

2220634027b

DV DANIELS HD 020

12 OCT 2013 PM 6 1



$30.⁰¹

MULTI #1's        1329-27

**Conservative StrikeForce**
**Attn: Ambassador John Bolton**
2776 South Arlington Mill Drive # 806
Arlington, VA 22206

Let's elect a conservative Senate!          2220634O276

PEORIA IL 616

10 OCT 2013 PM 1 T



$20.00

MULTI $1's        1329-28

**Conservative StrikeForce**
2776 South Arlington Mill Drive # 806
Arlington, VA 22206

**Stop Hillary!**

22206$3402



LEXINGTON KY 405

09 OCT 2013 PM 1 T



MULTI #1.$\underset{s}{\overset{00}{}}$      1329-29

**Conservative StrikeForce**
2776 South Arlington Mill Drive # 806
Arlington, VA 22206

**Stop Hillary!**

22206$3402