# CAGING PROCEDURES PERFORMED BY MACKENZIE



**Mail received at Mackenzie Box (2776 S. Arlington Mill Dr #806, Arlington VA)**



**Mail picked up by Mackenzie and driven to office for processing.**



**Count & sort mail by envelope size and/or mailcode.**



**Open envelopes and extract contents.**

## CAGING PROCEDURES PERFORMED BY MACKENZIE



| Checks | Cash | Credit Cards | Non-Donors |

**Organize contents by donor checks, cash, credit card and non-donor correspondence.**



**Begin the batching process, starting with donations by check.**



Every deposit is assigned a sequential batch number, in this case #1059 and each check within the batch is assigned a sequence number, beginning with 01. The batch and sequence numbers are written on the check and the response device.



**Check amount is written on the response device and circled.**



## CAGING PROCEDURES PERFORMED BY MACKENZIE

**Separate checks from response devices and balance.**

 

Total checks (50) = $ 2,383.00     Total response devices (50) = $ 2,383.00

After balancing, create deposit ticket.

Batch number #1059



Deposit Ticket

**Stamp an endorsement on the reverse side of every check.**



FOR DEPOSIT ONLY

StrikeForce a/c # 2000055397258

## CAGING PROCEDURES PERFORMED BY MACKENZIE

**Begin the batching process for cash donations.**

Few donors send cash contributions these days and those who do generally are older donors who send small donations of less than $20. Typically these donations are one or two dollar bills.

Assign batch and sequence numbers to each response device. Count the cash and write "CASH" followed by the amount and circle it.



Batch & Sequence #1087-01

CASH $5.00

If the donor doesn't fill-out the name & address info; write it in from the envelope.

## CAGING PROCEDURES PERFORMED BY MACKENZIE



**Balance cash and response devices.**

Total cash = $ 32.00    Total response devices = $ 32.00

After balancing, create deposit ticket.

Batch number #1087    Amount = $ 32.00

Identify as cash

**Begin the batching process for credit cards.**

Assemble all response devices that include contributions to be made by credit card and assign batch and sequence numbers. The batch numbers for credit cards include the date of receipt and the format is: CCYYYYMMDD. Therefore, the batch number for credit card contributions received on 1/16/2013 would be: CC20130116 and a sequence number beginning with "01" follows.



## CAGING PROCEDURES PERFORMED BY MACKENZIE



## CAGING PROCEDURES PERFORMED BY MACKENZIE

**Enter Donor & credit card info to online processing portal.**



Online Processing Portal

Once the donor and credit card info are keyed into the online processing portal and the contribution is processed, it is either accepted or rejected. When a contribution is accepted a check mark (✓) is written on the response device. Should the donation be rejected, an "X" is applied to the response device.



**Scan deposit ticket and checks.**

Prepare deposits for scanning. Check batches are scanned first and that entails scanning the deposit ticket followed by the checks in sequential order. Next, the cash batches are scanned. When scanning these deposits scan the deposit ticket and the response devices for each batch -- do not scan the actual cash. Finally scan the credit card batches. There is no deposit ticket, scan only the response devices.



## CAGING PROCEDURES PERFORMED BY MACKENZIE



Scanner



Deposits are scanned as ".PDF" files and the batch number becomes the file name: "1087.pdf" or for credit cards: "CC20130116" and filed in the Deposits folder for that committee.

## CAGING PROCEDURES PERFORMED BY MACKENZIE



**Record Batches in the MS Access Batch Log**



Record Date, Batch number, batch total & the count of the items w/in the batch.



**Mackenzie drives batches to the bank for deposit.**

## CAGING PROCEDURES PERFORMED BY MACKENZIE



**Begin the Data Entry Process**

| Field Name | Data Type | Description |
|---|---|---|
| Batch Date | Date/Time | Record the batch date. |
| Batch Number | Short Text | Record the batch number. |
| Sequence Number | Short Text | Record the donation sequence number. |
| Source Code | Short Text | Record the source code from the response device or envelope. |
| Prefix | Short Text | Record the prefix (Mr., Mrs., Ms., Dr., etc.) |
| First Name | Short Text | Record the donors first name. |
| Middle Name | Short Text | Record the donors middle name or initial, if available. |
| Last Name | Short Text | Record the donors Last name. |
| Suffix | Short Text | Record the suffix (Sr., Jr., III, M.D., etc.) |
| Address 1 | Short Text | Record the street address (Ex. 307 East Street) |
| Address 2 | Short Text | Record the 2nd address line (Ex. Apt. 211) |
| City | Short Text | Record the city. |
| State | Short Text | Record the 2-digit state code (AK, AL, AR, AZ, …) |
| Zip Code | Short Text | Record the 5-digit zipcode. |
| Plus4 | Short Text | Record the 4-digit zip+4, if available. |
| Contribution Amount | Number | Record the contribution amount. |
| Employer | Short Text | Record the donors employer, if provided. |
| Occupation | Short Text | Record the donors occupation, if provided. |
| Phone Number | Short Text | Record the donors phone number, if provided. |
| eMail Address | Short Text | Record the donors email address, if provided. |
| Paid by | Short Text | CK = check; C$ = cash; CC = credit card; BP = ck by phone |

Database Table

Utilizing the scanned images and the hard copies of the response devices, beginning with the first check batch, start keying the donor and contribution information into the data-base table. After the check batches are keyed move on to the cash batches and then the credit card batches.



# CAGING PROCEDURES PERFORMED BY MACKENZIE



Recorded data by batch

**Run a batch query from the data table.**



Batch Query

Batch Log

Batch Query    Batch Log

Balance the batch query & batch log

**Resolving Descrepancies**

If the number of items in the query disagrees with the batch log; look for ommissions if less or duplicates if more. Likewise, if the batch total disagrees with the batch log; review all amounts keyed to ensure that the amount donated and amount keyed agree.

## CAGING PROCEDURES PERFORMED BY MACKENZIE

**Non-Donor Correspondance**

Non-Donor Correspondence generally represents on-fifth (1/5) to one-third (1/3) of direct mail returns. Therefore, if the committee receives 100 returns, there will most likely be between 20 - 33 items that do not contain a contribution.

**Nixies** — Nixie is a name given by USPS to a piece of mail which is undeliverable as addressed. If a forwarding order has lapsed, the forwarding address is printed on the envelope and the master file must be updated.

**Apologies** — Many times a donor wants to make a contribution but is financially unable. In those instances they will send their regrets and often say that in the future they hope to donate.

**Articles & Comments** — It is not uncommon for donors to send magazine or newspaper articles; some have even sent books. They will also at times provide their own theories or predictions of election outcomes.

**Do Not Mail** — If a donor feels overwhelmed by fundraising requests, they will ask to be taken off the list. In these cases the donor is "flagged" as DNM -- Do Not Mail.

## THAT IS THE END OF THE DAILY CAGING PROCESS