U.S. Senator Bob Smith
P.O. Box 164
Mirror Lake, NH 03853

6 November 2019

To: The Honorable Liam O'Grady
Subj: Character Reference for Scott Mackenzie

Dear Judge O'Grady:
I served three terms as a Congressman from the First District of New Hampshire from 1985-1990. After that I was elected to the U.S. Senate from New Hampshire, where I served for two terms from 1990-2003.

Prior to being elected to congress I taught U.S. History and Government at the high and junior high level. I also owned and managed a real estate firm for ten years before beginning my government service. During my years as a teacher and businessman, I coached Varsity and Junior Varsity sports including baseball and football. I thoroughly enjoyed working with young people and always tried to set a good example both personally and professionally. In spite of a long and fascinating political career, nothing gives me more satisfaction than hearing from one of my former students, athletes, or business associates, about how they were positively influenced by my presence in their lives.

I also served aboard ship in the U.S. Navy in the Gulf of Tonkin during the Vietnam war. My non combat responsibility was to work directly for the captain of the ship preparing paperwork for Court Martials and other disciplinary matters. My proudest accomplishment is being married to the former Mary Jo Hutchinson for the past 53 years and raising three wonderful children, who have been kind enough to provide us four grandchildren with two more on the way!

Your honor, I truly appreciate and respect the awesome responsibility that you must address in this matter. Over the years I have had the opportunity to write hundreds of character and professional references, among them political and government service, business, teaching and coaching. I do not take this responsibility lightly. I have been "burned" by less than truthful recommendation letters. Because of those experiences I have not hesitated to write a negative evaluation, if it was deserved, and have always enjoyed the opportunity to prepare the positive ones for those who truly earned it. I think my track record of picking people of character and integrity is pretty good, though not perfect.

Scott MacKenzie has earned and deserves the best reference that I can give him. He has been an inspiration to me and I will always be glad that he became part of my life. I would trust him implicitly without equivocation. My first campaign was modeled after the Jimmy Stewart movie, "Mr. Smith goes to Washington." I went to Washington to serve my nation and to do good honest things. That was always the way I felt about Scott Mackenzie.

I first met Scott in 1988 at one of the presidential debates that year. Over the past 30 years, I have known him as a friend, professional in the FEC field and political confidante. He has worked officially on my campaigns doing FEC reports, as well as advising me on a couple of small PACS that I started several years ago. He has always been an invaluable and trusted source of advice to me, personally, as well as an employee of my campaigns. He has always been trustworthy, honest, professional and loyal in ALL of his relationships with me. There are no exceptions. None. Furthermore, he has been responsible and accountable to me for hundreds of thousands of dollars in campaign accounts over the years. There was never a penny missing. He has always had and still has my absolute trust and confidence.

Given the matter before you, your honor, it is somewhat ironic that the issue of FEC reports brought Scott and me together, and the reason I know him so well. Before I met Scott, I used to try to do my own FEC reports. I learned the hard way that they are confusing and complicated. In addition the reporting requirements are frequent. On any one given report there will be annual, semi-annual, quarterly, primary, pre-primary, general election, 12 day pre-election and post election reports. In addition each donation has to be placed in categories depending upon the size, and even frequency, of the contribution. There could be hundreds, even thousands, of small contributions many of which have to be itemized with name, address, occupation, etc. Scott had the temperament to deal with these highly pressurized situations and not get rattled when the deadlines were imminent.  Scott's best character traits are his calmness under pressure and his respect for those with whom he works. He was highly respected in his field and was sought after by many new congressmen to help with their reporting requirements.

When I was in the U.S. Senate I served as the Chairman of the Senate Ethics Committee and members were frequently cited for mistakes on these reports. Many times I could not even get the lawyers on the committee to agree on the violation. There were constant clashes between FEC directors and lawyers as to the facts.

In conclusion, I realize that it is inappropriate for me to comment directly on any of the allegations against Scott, nor give any opinion on any sentencing. However, your honor, I respectfully urge you to consider leniency for this fine, honest, decent American patriot. I do know that during the time that some of the allegations were aired he was fighting brain cancer. I cannot imagine dealing with the stress of that, coupled with the pressure of FEC reporting requirements. The Scott Mackenzie that I have known as a friend and worked with for the past 30 years, in my humble opinion, deserves that leniency.

Thank you for taking the time to read my comments.


U.S Senator Bob Smith

1639 North Randolph Street
Arlington, VA 22207
November 29, 2019

The Honorable Liam O'Grady:

My name is Philp Vitale and I served on the Board of Directors of Arlington Little League (ALL) for seven years from approximately 1996 through 2005. I served as president for five of those years.

It was during those years that I came to know Scott Mackenzie. Scott served as an officer on the Board of Directors of ALL for eight years, some of which were during the time that I served as president. Scott was always a great source of wisdom and sound judgement, and I could always depend on him to provide sage advice during our board meetings. He always put the wellbeing of our children above all else. It was not about wins and losses for Scott. Instead, he wanted a child's experience in our league to be fun and something that child would treasure, and Scott's contributions during our board meetings were about just that.

Scott also served for ten years as coach. It was in this role that he had the most direct impact on the children. He was a great coach. He was dedicated to teaching baseball skills to his players. But more importantly, he was careful to ensure that the children were having a positive experience and were enjoying themselves. Scott's players had fun learning and playing baseball. They enjoyed playing for "Coach Scott." Scott's dedication to the children of Arlington is best exemplified by the fact that he served as one of our coaches long after his own son aged out of the league.

As a result of all of Scott's contributions as described above, he was elected to the Arlington Little League Hall of Fame in 2005. This is the ultimate honor that ALL can bestow on one of our volunteers and it was well deserved by Scott.

Thank you for your consideration.

*Philip Vitale*
Philip Vitale

Tracey M Kelley
12 Kress Farm Road
Hingham, Ma. 02043

February 9, 2020

To: The Honorable Liam O'Grady
Re: Scott B. Mackenzie

Dear Honorable Liam O'Grady,

My name is Tracey Kelley and Scott Mackenzie is my brother. Scott and I grew up in a large family of six children. I am the youngest in the family. Currently, I live in Hingham, Massachusetts with my husband of almost 44 years. I retired from a 30-year banking career and currently work part-time while also volunteering my time to the local church and elementary schools.

Scott and I grew up in a loving home, raised by two wonderful parents who instilled in us a strong work ethic, to always have a positive attitude, and to be there for your family. I have fond childhood memories with my brother Scott swimming, sledding and just playing in the back yard. Yet, as we grew older, our bond grew even more deep. We look forward to our adult time together sharing stories of our childhood, sports, and most of all our pride and joy our children and grandchildren. Scott has six children and eight grandchildren and the ninth is due in August. Scott's family is his life. His children and grandchildren love to spend time with him, their "Pop". His daughter once went to pick up the kids to bring them home and they said, *"We want to stay with Pop"*. Scott is a true gentleman, with a great sense of humor. I admire that he would always be available to assist with taking care of the grandkids and will do anything for his family.

Scott was diagnosed with cancer in 2015 yet, did not share his diagnosis with me until 2017. At that time, our father was frail with dementia. While Scott had his own medical issues, he would make time to be there for our father in Florida and coordinate our father's care. The day the doctor told our father he could no longer drive, my father refused to believe it. Scott had to make the tough decision to sell our father's car. He was concerned about the consequences of keeping our father available to be on the road and this is a testament to Scott's character.

I have noticed since Scott's diagnosis that he is getting more headaches. He needs to rest in the afternoon and seems to have frequent joint pain in various parts of his body. Scott is also prone to get bronchitis more frequently and sometimes it is very painful for me to talk to him when he is this sick because it saddens me as his sister. I am very worried that without proper medical care, Scott's diagnosis will progress and lead to a decline in his overall health.

I would be so grateful if you would consider leniency for Scott given his health needs. Additionally, I hope my letter has given you the insight into the loving, caring and dependable family man that is Scott. His family would be devastated to have him away from them as would I.

Sincerely,

*Tracey M Kelley*

Tracey M Kelley

February 13, 2020

Dear Honorable Liam O'Grady:

My purpose in writing to you today is to share with you how fortunate I am to have known Scott Mackenzie for 29 years. He has served as my boss, my mentor and my friend and I credit him with helping me become the successful professional I am today.

I worked for Scott on both the 1992 and 1996 Buchanan For President campaigns. From the start, he showed me he is a man of integrity and strong beliefs, willing to work harder than just about anyone to produce results and achieve goals. He set high expectations for the team and never failed to thank us for a job well done.

Scott instilled in me many career traits that I carry on to this day. Creating an environment of easy comradery, shared purpose and strong leadership, Scott gave everyone the opportunity to thrive. He has a brilliant mind for strategic thinking but never overlooked key tactical details that could significantly impact the best laid plans. I was impressed with his ability to anticipate actions by others and take steps to mitigate negative results or steer us clear of interoffice politics.

While I don't believe that Scott is a perfectionist, he does expect a high level of preciseness from those around him. I learned quickly that sloppy work and blaming others for one's poor performance was not acceptable. He helped me understand that the quality of work a person produces helps them rise above those that settle for mediocrity. This concept is a core principle that continues to benefit me to this day.

In my experience, Scott has a genuine interest in everyone he works with - even those at the lowest rung of the hierarchy. Many times, I saw him take time out of his busy day to say "Hello" to each person and speak with them about their interests and ambitions. While I have many examples of his kindness and charity, I'll share only two.

During the record snowfall of 1996, an older employee had not reported to work in several days. We were all concerned that something may have happened to her. Scott and another employee drove to her house to check on her. Thankfully, she was fine and was a bit taken aback that Scott – the Treasurer of the campaign – would take time out of his busy day to drive to her house and personally check on her. Another time, when Scott finished working late one night, he stopped by the Fundraising office to find a young female employee sleeping in the hallway outside the office door. She tried to pretend that she was just tired and needed a ride home. When Scott drove her home, it was clear that she no longer lived there and had no place to go. Scott gave her money for a hotel room and made sure she found permanent housing soon after that.

Many times, I witnessed Scott going the extra mile for his boss and his colleagues. Where some people may have made excuses, not answered the phone or flat-out refused to assist, Scott

was always – and I mean always – willing to help those in need. Sometimes, I honestly thought that he was being taken advantage of by those he trusted; he worked tirelessly for their approval only to be manipulated into giving more. He is the kind of man that doesn't want to let anyone down – and is loyal even to those that do not have his best interest in mind. Numerous times I saw Scott pressured from his superiors do more even when it was a detriment to his own financial or physical well-being.

    I know Scott strived to balance his time at work with his commitment to his family. We all understood that when he wasn't at the office, he was spending it with those he loved. While typically one may have hobbies or other personal interests, Scott's mind and heart were devoted to the campaign he so enjoyed or his family that he adored and loved.

    While I never had the privilege of meeting his parents or sisters, I know he loved them dearly. He spoke of them often, going to visit them regularly and being there to comfort his Mom and Dad when they were each battling illnesses and the challenges that come with old age.

    I never heard Scott degrade women or treat people differently or unfairly based on how they looked or where they came from. As a young female, I always felt I had Scott's unwavering support. His guidance and counsel proved invaluable to my career ascension, helping me navigate the challenges of power-hungry co-workers and the mine fields of personnel matters that can be destructive to emerging leaders. In my opinion, he gave me every opportunity to achieve my professional aspirations and I'm grateful for his guidance and input these last 29 years.

    In summary, Scott is a very dedicated and loyal man – to his family, his friends and his beliefs. He is charming and friendly. I was proud to introduce him to my parents – and they in turn were pleased to meet the man that I spoke so highly of and that had such a positive impact on their daughter. I can't imagine not being able to reach out to him for advice or meet with him to catch up on personal and professional matters.

    I hope you will consider the many life-long contributions Scott has made to his family, friends and "underlings" like me and know that so many lives are better because of his involvement. If you had the time, I'm sure I could find many others with whom he and I worked that could tell you their own stories of how Scott made an indelible positive imprint on their young careers.

    I sincerely urge you to please give Scott the benefit of the doubt that he only wants the best for those around him, and even if mistakes were made, he is remorseful and willing to work to redeem himself from that day forward.

    Thank you for kind consideration of Scott's future.

With utmost respect,

Christy Zeitz

**Bill Spadea**

4371 Province Line Road
Princeton, NJ 08540
(908) 403-1664
billspadea@gmail.com

November 1, 2019

**The Honorable Liam O'Grady**
℅ Andrea L. Moseley, Esq.
Counsel for Scott Mackenzie
1100 H Street NW Suite 1220
Washington, DC 20005

Dear Judge O'Grady,

I'm writing this letter on behalf of my friend Scott Mackenzie.  For the past 23 years I've known Scott in a personal and professional capacity. We became friends through the intensity of working on the presidential campaign of Pat Buchanan in 1996. Since that time we've stayed in touch and worked together professionally.  In 2004 I didn't hesitate to hire him as my campaign treasurer when I ran for the U.S. House in New Jersey.  He was thorough, competent and worked tirelessly throughout the effort.  Scott stayed on through the post campaign audit and thanks to his diligence and attention to detail, our campaign was in full compliance with all the laws and regulations set by the Federal Election Commission. On a personal note, Scott is a thoughtful, sincere man who cares deeply for his family and his country.  Even when he received his cancer diagnosis, Scott remained positive and spent much of that first conversation asking about my family and career. He's a good guy and I'm proud to call him a friend.

It's not easy staying in touch with old friends given my current career in media as a host of a nightly news show on Fox TV in New York, Chasing News and morning drive radio host on New Jersey's top talk station 101.5 FM, but Scott and I have managed.  I sincerely hope that you are able to grant Scott every consideration for his positive contributions to his family, friends and community when considering his sentence and be as lenient as possible.  Thank you for your thoughtful consideration, Your Honor.

Sincerely,

*Bill Spadea*

Host, Chasing News on Fox TV

Host, Morning Drive on NJ 101.5 FM

December 10, 2019

To:  The Honorable Liam O'Grady

Re:  Scott Mackenzie

Your Honor,

My name is Kelly Phillips and I am writing to you to share my love, admiration and respect for my "second" father, Scott Mackenzie.

Scott Mackenzie has been my father since I was 9 years old.  I'm aware that sounds strange, but that's the year he married my mother and became my "Pop".  Being 9 years old, I wasn't aware of the commitment he was making to my mother, brother and me, but from the day of their marriage, he has loved and supported me more than I could ever have imagined.  I am grateful to him for coming into our lives and continuing to be my parent <u>and</u> guardian in every sense of those words.

Pop is a loving, funny and thoughtful father.  Sharing stories of working in restaurants as a teenager and working his way through college, I realized that although he came from a family of some means, he was always aware that hard work and dedication were the most important traits in becoming a good man and a member of his community.  His outlook on life was on display throughout my childhood and reinforced the importance of being a good person:  honest, dependable and responsible.

As I've grown older, I've come to appreciate how lucky I am that Pop is in my life.  His unwavering support when I started my pool management business is incalculable.  He was available day and night and always communicated his faith in my abilities.  When I struggled to find staff, he literally volunteered to work as a lifeguard during my hardest year.  I will never be able to adequately repay his love and dedication to me.

My father has always been my greatest champion.  Watching his joy spending time with my niece and nephews has not only reminded me what an amazing parent he is, but also how much he has to offer the next generation.  I cannot imagine what the loss of his presence in my life and my family's life would cost us or the sorrow that it would bring to my father, who has truly lived his life with the intention to love and provide for his family.

Thank you for your time,

Kelly Phillips

February 7, 2020

Dear Honorable Liam O'Grady

Re: Scott B. Mackenzie

My name is Leslie Mackenzie and I am writing to you in regard to my brother Scott Mackenzie. Though my familial connection might make me slightly biased, I still feel that I am a good enough judge of character to give a fair character reference.

Scott grew up in a house with 5 sisters. My father would put a lot of responsibility on Scott and he followed through as the young man in the house. Scott taught me how to play baseball and Football. Today, when I sit down to watch a game, I always think of the time Scott would explain the plays and what was going on. I owe Scott my love of Football and so very much more.

Scott is a very compassionate person. Like my mother, Scott always puts others first.

Scott lives a few states away so I have not seen him in action much as a father but what I do know is he made sure to give all the attention and help his family needed and wanted. Scott would work all night long to spend the day with his children. Scott, including his step children, has six kids all of which have grown to be outstanding people in their communities. It takes a lot of love and attention to produce that result.

Scott as a son was an amazing man. When our mother was ill and dying from cancer, Scott stopped everything to be with her as often as he possibly could right up to the end. When my father declined in health a few years ago Scott many times would catch a plane to be there to take my father to Dr. appointments and hire help to help out with all of my fathers needs. Scott did all this and still made sure he was there for his sisters, children and wife. Scott in my eyes is a remarkable man to balance so much and never complain.

A few years ago, Scott told us all that he has cancer and he was worried that my father would outlast him. Scott wanted us to know what to do should he go first. As things go my father passed in 2018 and we have been very fortunate to have Scott still with us and hopefully for a very long time to come.

By now I hope you've got a glimpse into the man Scott is. I hope you can find leniency for Scott and I do believe there is little to be gained with his being incarcerated. I believe his time would be best spent passing down his life lessons to his grandchildren.

Thank you very much for taking the time to read my letter and I hope it helps with your decision.

Leslie M. Mackenzie

Peg Luksik
206 ½ Habisht Street
Johnstown, PA  15906

January 8, 2020

The Honorable Liam O'Grady,

RE: Scott Mackenzie

Dear Judge O'Grady,

I have known Scott Mackenzie for nearly 40 years, and worked with him extensively for over a decade.

By way of introduction, I founded and ran Mom's House, a program for single mothers that was named a National Point of Light and was one of the model programs used in the welfare reform programs of President William Clinton. I worked for the U.S. Department of Education, where I reviewed and evaluated education reform initiatives. In the 1990's, I co-hosted an internationally broadcast radio/television program called Welcome Home that focused on education and family issues.

In the area of electoral politics, I have both run for office and managed other campaigns. Scott often served as Treasurer for those efforts. I found him to be scrupulously honest in all of his efforts. I watched Scott work with candidates new to the political arena to carefully explain how expenses worked and insist that each of them follow the rules. Scott reviewed every expense account to ensure that there were receipts for each submitted expense. He would refuse to bend the rules to allow any candidate to claim or collect an expense for a non-accepted item.

I have also found Scott to be extremely generous. When Houston was devastated by hurricanes, I created a program to collect and ship toys, games, stuffed animals, books, and educational materials to the children. Scott served as treasurer for that effort, and never accepted a single penny in recompense for his services. When Florida and Puerto Rico were affected next, Scott worked with me to reach the children in those areas as well, again without accepting a single penny. In fact, he not only volunteered his services, he contributed financially to the project. The Hurri-Bear Brigade ultimately sent thousands of gifts to the children caught in those natural disasters. Scott's generosity was a vital part of that success.

I understand that Scott is being sentenced. However, I urge you to be lenient in your judgement.

At the time of his offense, Scott had just been informed of a diagnosis of potentially terminal cancer and was weighing treatment options while coping with the emotional distress of such a devastating diagnosis. And of course, the diagnosis occurred because Scott was extremely ill, with the kind of symptoms that cancer brings. If there was ever a definition of extenuating circumstances, this would qualify. Any person would be understandably distracted in such a situation.

It serves no purpose to severely punish someone for a lapse in judgment at a moment when a lapse in judgment would be considered a reasonable response to the situation before that person. Particularly when the individual has established a long track record of following the rules.

I urge you, Your Honor, to consider both Scott's track record and the emotional and physical duress he was enduring at the moment that he committed his offense and be as lenient in your sentencing as possible.

Sincerely

Bishop E.W. Jackson
P.O. Box 15003
Chesapeake, VA 23328
bshpjksn@gmail.com
Tel. 757-375-6444

November 26, 2019

Re: Scott Mackenzie

The Honorable Liam O'Grady:

I have been a pastor and minister of the Gospel of Jesus Christ for nearly forty years. I know all too well the tragedy of human failings. Sometimes decent people are enticed into bad behavior by circumstances and pressures which overwhelm them. I have seen wonderful people make terrible mistakes. I have also seen redemption. I have seen people become even better after falling very hard.

I do not know all the circumstances of Scott's present situation. What I can attest is my own experience with him. I have known Scott Mackenzie for nearly a decade. The man I know is decent and honest. I trusted him, and he never failed me. Based on that, I would trust him today because I believe that I knew the real Scott, the man at his core. That is the man I believe will emerge from his present situation as a better and stronger person.

Since Scott has admitted wrong doing, I cannot and will not attempt to absolve him. What I can ask is that he be shown mercy and given a chance to redeem himself and rebuild his life. I have often said that there is not one of us as human beings who would want to be judged only by our errors. We all want our lives to be viewed as a whole, rather than only our worst periods.

From everything I know, Scott's life as a whole has been decent and productive. He has the time and ability to make a positive contribution. In spite of the dire consequences he faces, I believe he still has the character and integrity to do so. I ask the court to take that into consideration in determining his sentence.

When I spoke to Scott several weeks ago, he expressed sincere remorse. I do not know what potential punishment he faces, but I believe that neither he nor the community will be served by his incarceration. On the other hand, he could be of great help in guiding others away from the mistakes which landed him in this unfortunate situation. He could serve as that ounce of prevention that is more valuable than the pound of cure. I ask the court to give him that chance.

Sincerely,

Bishop E.W. Jackson

Dear Judge O'Grady,

My name is Stephen Marks and I have been a political consultant since 1994, living in Washington, DC and Florida.

I met Scott in 1995 when we worked on a campaign together, and I can honestly swear that in all the years since then, I have never met a nicer guy than Scott.

Every time I have ever seen him or spoken to him, Scott *always* immediately puts me in a good mood, and I believe the same is true for all the other folks who know Scott.  Hi was and is always so much fun to be around and treats every person he deals with so respectfully.  And despite his usually being more senior in his job title than most of us, Scott *always* treated all of us as equals; the most unpretentious guy you will ever meet.

Just his smile alone made everyone around him feel great. Every conversation I've ever had with Scott, whether it was work-related or not, was often the most enjoyable time of the day for me.

I'm originally from New York City where most folks are super-friendly, so when I moved to DC in 1994 it was a huge culture shock for me as to how un-friendly and cold DC can be.

But Scott was the exception.  We all loved him, and those of us who still know him still love him.

After moving from DC to Florida in 2006, I have still kept in touch with Scott, and despite us only speaking over the phone during these more recent years, I can honestly say that just hearing Scott's voice continued and still continues to put me in a good mood immediately.

Scott is a special person and one of the "good guys" In Washington, and it's been an honor for me to have had Scott as a friend.

Thank you, Your Honor, for allowing me to write this letter to you.

Sincerely Yours,
Stephen